UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| IN RE: Clarice Porter | ) | |
| | ) | |
| | ) | CASE NO. 17-31734 |
| | ) | CHAPTER 13 |
| | ) | |
| Debtor(s) | ) | |
| | ) | |

**MOTION TO DISMISS CASE**

Come(s) now the Debtor(s), by counsel, and move(s) the Court to dismiss her case because the case was filed in error. Attorney also paid the filing fee in error and requests that the court return the filing fee.

Respectfully submitted,

/s/ Matthew Owen

Matthew Owen
WHITFORD & NEUHAUSER
539 West Market Street
Suite 400
Louisville, Kentucky 40202
(502) 648-9392
(877) 392-7941 - fax
Email: Mattowenlaw@gmail.com
*Counsel for Debtor*