UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Clarice E. Porter | ) | CASE NO. 17-31734 |
| | ) | CHAPTER 13 |
| | ) | |
| Debtor(s) | ) | |
| | ) | |

**ORDER**

This matter comes before the Court on the Motion to Refund Filing Fee. Pursuant to 28 USC 1930 along with Judicial Conference guidelines regarding refunding fees, and the Court being sufficiently advised,

IT IS HEREBY ORDERED that the motion be, and is, **DENIED**.

A copy of this order is mailed to the counsel for the debtor, and to all parties of interest.

ac

Joan A. Lloyd
United States Bankruptcy Judge
Dated: May 30, 2017