UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CLARICE E. PORTER | ) | CASE NO. 17-31734(1) |
| | ) | CHAPTER 13 |
| | ) | |
| Debtor(s) | ) | |
| | ) | |

**ORDER**

This matter having come before the Court on the debtor(s) motion to expunge her case, and the Court being sufficiently advised,

IT IS HEREBY ORDERED that the motion to expunge case be, and is, **OVERRULED for failure to cite any legal authority for the requested relief**.

A copy of this Order shall be mailed to parties in interest.

ms

Joan A. Lloyd
United States Bankruptcy Judge
Dated: May 30, 2017